

# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Lori Barreras, Chair | William Patmon, III | Dr. Carolyn Peters | Madhu Singh
Executive Director Angela Phelps-White

**October 22, 2020**                                              **Date Mailed: October 22, 2020**

Sammie L. Coleman, Jr.                                           Dale R. Emch, Law Director
841 Colburn Street                                               City of Toledo
Toledo, OH 43609                                                 One Government Center, Suite 2250
                                                                 Toledo, OH 43604

**LETTER OF DETERMINATION**
Sammie L. Coleman, Jr. v. City of Toledo, Division of Streets, Bridges and Harbor
TOL72(40192)10242019/22A-2020-00282C

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met. After the conclusion of the investigation, Charging Party requested to withdraw the charge to request a Notice of Right to Sue from the Equal Employment Opportunity Commission.

**DECISION:**
The Ohio Civil Rights Commission has entered into its record a finding of **WITHDRAWAL OF CHARGE – REQUEST A NOTICE OF RIGHT TO SUE AFTER A FINDING OF PROBABLE CAUSE**. The matter is **CLOSED**.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

---

TOLEDO REGIONAL OFFICE | One Government Center 640 Jackson St., Suite 936 Toledo, OH 43604
PHONE: 419-245-2900 | TOLL FREE: 1-888-278-7101 | TTY: 614-752-2391 | FAX: 419-245-2668
www.crc.ohio.gov

Sammie L. Coleman, Jr. v. City of Toledo, Division of Streets, Bridges and Harbor
TOL72(40192)10242019/22A-2020-00282C
Page 2

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

FOR THE COMMISSION,

*Inder F. LeVesque*

Inder F. LeVesque, Toledo Regional Director

IFL/bda

cc: **Representative for Charging Party:**
Norman A. Abood
Attorney at Law
101 Broadcast Building
136 N. Huron Street
Toledo, Ohio 43604-1139

**Representative for Charging Party**
Earl Murry, Ph.D.
Emeritus Professor
P.O. Box 151
Maumee, Ohio 43537

**Representative for Respondent:**
John E. Bibish IV, Senior Attorney
City of Toledo, Department of Law
One Government Center, Suite 2250
Toledo, OH 43604

**Regular Mail**