# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**SAMMIE L. COLEMAN,**                          CASE NO. 3:21 CV 1834

    Plaintiffs,

    v.                                        **JUDGE JAMES R. KNEPP II**

**CITY OF TOLEDO,**

    Defendant.                           **DISMISSAL ORDER**

       The parties advised they have settled this matter on September 17, 2024.

       Accordingly, this docket is marked: "Settled and dismissed without prejudice."

       Any subsequent dismissal filed within thirty (30) days setting forth specific settlement terms and conditions shall supersede this Order. The Court also retains jurisdiction to enforce the terms of settlement.

       IT IS SO ORDERED.

                                                      s/ *James R. Knepp II*
                                                      UNITED STATES DISTRICT JUDGE

                                                      September 30, 2024